IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK A. PARISCOFF, | : |
| | : Case No. 2:17-CV-798 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's March 9, 2018, **Report and Recommendation** (ECF No. 12), which recommended that the Court **REVERSE** the Commissioner's non-disability finding and **REMAND** this case to the Commissioner and Administrative Law Judge under Sentence Four of § 405(g).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 17). The parties have failed to file any objections, and the deadline for objections (March , 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **REVERSES** the Commissioner's non-disability finding and **REMANDS** this case to the Commissioner and Administrative Law Judge.

IT IS SO ORDERED.

                                                                             *s/ Algenon L. Marbley*
                                                        ALGENON L. MARBLEY
                                                        UNITED STATES DISTRICT JUDGE

**DATED: April 24, 2018**